No. 181

MINAHAN v. CLEVELAND RY. CO.

Ohio Appeals, 8th Dist., Cuyahoga County

No. 4706. Decided Dec. 17, 1923

1115. STREET RAILWAYS—Street railway Co. held not liable where evidence does not support the allegation in the petition that car was started with an unusual jerk.

355. DAMAGES—Verdict og $1.00 not inadequate where little or no injury was sustained.

VICKERY, P. J.

Epitomized Opinion

First Publication of this Opinion

This was an action brought by Alice Minahan against the Cleveland Railway Company to recover damages for personal injuries from an injury which she claims she received on one of defendant's street cars. Evidence disclosed that plaintiff was a woman of 55 years of age When they reached thei rdestination, her daughter got off of the street car and then plaintiff arose from her seat and started to get off. Before she had reached the door the conductor closed it. He did not see her approaching the entrance atthe time. Just as she was going down the steps to the lower platform the car started and she apparently lost her balance and fell. There was no evi-

dence that the car started in an unusual manner or that the conductor was apprised of the woman's intention to alight from the car. At the next stop plaintiff got off and went to her daughter's home. No doctor was called until the next day when one was called to attend to one of plaintiff's grandchildren. At that time he examined plaintiff and found only very slight injuries, if any. The jury returned a verdict for plaintiff in the sum of $1.00, whereupon plaintiff prosecuted error. In sustaining the judgment of the lower court, the Court of Appeals held:

1. As there was no evidence of an unusual start of the street car, there was no evidence of negligence on the part of the defendant.

2. As the plaintiff sustained little or no injury, the reviewing court cannot say that the verdict was inadequate.

Attorneys—Krueger & Pelton, for Minahan; Squire, Sanders & Dempsey, for Cleveland Ry. Co.; all of Cleveland.